**DISMISS and Opinion Filed December 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00386-CV**
_____

**ALYAH KECK, Appellant**
**V.**
**ROBERT LESLIE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-02019-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated November 9, 2021, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210386F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALYAH KECK, Appellant

No. 05-21-00386-CV     V.

ROBERT LESLIE, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas

Trial Court Cause No. CC-20-02019-D.

Opinion delivered by Chief Justice Burns. Justices Goldstein and Smith participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 15th day of December 2021.